UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LUIS EASTMAN SWEENEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 1:12-0112 |
| ) | Judge Campbell/Bryant |
| TENNESSEE DEPARTMENT OF SAFETY, ) | **Jury Demand** |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

A case management conference is scheduled in this case on **July 16, 2013, at 10:00 a.m.**, in 776 U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge