IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LUIS EASTMAN SWEENEY )
 )
v. ) NO. 1-12-0112
 ) JUDGE CAMPBELL
TENNESSEE DEPARTMENT OF )
SAFETY, et al. )

ORDER

The Court has been advised that the parties have settled this case. Accordingly, the pretrial deadlines and the pretrial conference set for October 2, 2015, are canceled. The parties shall submit to the Court, on or before October 15, 2015, an Agreed Order of Dismissal. The case remains set for trial on October 20, 2015.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE